**Order filed June 25, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00406-CR
### 14-11-00407-CR

_____

### RAVEN RYON LOVINGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1249643 and 1249644**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #25 (DVD).**

The clerk of the 337th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #25 (DVD), on or before **July 02, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #25 (DVD), to the clerk of the 337th District Court.

PER CURIAM